UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 22-CR-2264-BAS |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| RICHARD LEE RAMIREZ, | |
| Defendant. | |

On November 3, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of RICHARD LEE RAMIREZ ("Defendant") in the following specific properties pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 18, United States Code, Section 982(a)(1), and Title 28, United States Code, 2461(c):

    a.    One (1) Apple iPhone, Grey/Silver with black case;

    b.    One (1) Apple iPhone 13, Black with Black Case;

    c.    One (1) Lenovo ThinkPad Laptop, Ser No: PF-1RF3MJ; and

For thirty (30) consecutive days ending on December 16, 2023, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the specific properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and

Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the specific properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited specific properties. Therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited specific properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of RICHARD LEE RAMIREZ and any and all third parties in the following specific properties is hereby condemned, forfeited and vested in the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 18, United States Code, Section 982(a)(1), and Title 28, United States Code, 2461(c):

    a.    One (1) Apple iPhone, Grey/Silver with black case;

    b.    One (1) Apple iPhone 13, Black with Black Case; and

    c.    One (1) Lenovo ThinkPad Laptop, Ser No: PF-1RF3MJ.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation shall dispose of the forfeited specific properties according to law.

DATED: 1-27-24

Hon. Cynthia Bashant
United States District Court Judge